UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-8902

CIV-FERGUSON

MAGISTRATE JUDGE SNOW

Jury Trial Requested

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

    Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF
NITROX DIVERS, INC., a Florida
corporation

    Defendant.
_____/

ACTION FOR INFRINGEMENT OF
UNITED STATES PATENT 5,846,291,
INJUNCTIVE RELIEF AND JURY TRIAL REQUESTED

COMES NOW the Plaintiff Undersea Breathing Systems, Inc. ("Plaintiff") and for its complaint against Defendant International Association of Nitrox Divers, Inc. ("Defendant") states:

Action for Infringement of
United States Patent 5,846,291

1.  Plaintiff is a Nevada corporation authorized to do business in the State of Florida and with its principal offices in the State of Florida.

2.  Defendant is a Florida corporation with its principal offices in the Southern District of Florida and conducted the acts alleged in the Southern District of Florida.

1

ubs-01.cpt

3. This is an action by Plaintiff against Defendant for infringement of United States Patent 5,846,291.

4. Upon information and belief, Defendant makes, uses, offers for sale or has sold products which infringe Plaintiff's patent in this judicial district and division.

5. This Court has jurisdiction over the subject matter and the parties under 28 U.S.C. §1338(a). Venue lies in this judicial district and division under 28 U.S.C. §§1391(c) and 1400(b).

6. On December 8, 1998 the United States Commissioner of Patents and Trademarks duly issued United States Patent 5,846,291 which patent has been assigned to Plaintiff.

7. Defendant's infringing activities are without authorization or license from Plaintiff, and are likely to cause irreparable injury to Plaintiff unless Defendant's infringing activities are preliminarily and then permanently enjoined.

8. Plaintiff has sustained monetary damages from Defendant's infringing activities.

9. Upon information and belief, Defendant's infringing activities have been undertaken without a good faith belief that Plaintiff's patent is invalid or not infringed. Indeed, the patented technology in an unrelated patent lawsuit has been adjudicated to be patentable over claims of invalidity and unenforceability.

WHEREFORE, Plaintiff Undersea Breathing Systems, Inc. respectfully requests that this Court enter such orders and judgments as are necessary to provide the following relief:

a.  a preliminary and then permanent injunction preventing Defendant's continued infringement of Plaintiff's United States Patent 5,846,291;

b.  an award of compensatory damages under 35 U.S.C. §284 in an amount not less than a reasonable royalty;

c.  an award of exceptional damages under 35 U.S.C. §284;

d.  an award of attorneys' fees and costs under 35 U.S.C. §285; and

e.  such other relief as the Court deems appropriate.

Request for Jury Trial

Plaintiff requests a trial by jury.

_____
Herbert L. Allen
Florida Bar No. 114126
Brian R. Gilchrist
Florida Bar No. 0774065
Allen, Dyer, Doppelt, Milbrath
    & Gilchrist, P.A.
1401 Citrus Center
255 S. Orange Avenue
Post Office Box 3791
Orlando, Florida 32802
Telephone: 407/841-2330
Telefax  : 407/841-2343

Dated: 12·8·98

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**MAGISTRATE JUDGE CIV-FERGUSON**

## I (a) PLAINTIFFS
Undersea Breathing Systems, Inc.

## DEFENDANTS
International Association of Nitrox Divers, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Palm Bch.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Brian R. Gilchrist, Esq.
Herbert L. Allen, Esq.
Allen, Dyer, et al.
P. O. Box 3791    407/841-2330
Orlando, FL 32802-3791

ATTORNEYS (IF KNOWN)

9:98CV8902 (WDF/SM)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action for infringement of U.S. Patent
28 U.S.C. Section 1338(a)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL INJURY** | ☐ 650 Airline Regs | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 362 Personal Injury — Med Malpractice | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 365 Personal Injury — Product Liability | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
|  | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | **CIVIL RIGHTS** | ☐ 380 Other Personal Property Damage | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | ☐ 385 Property Damage Product Liability | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations |  | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/Accommodations | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |  |  |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | ☐ 740 Railway Labor Act |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 790 Other Labor Litigation |  |  |
|  | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act |  |  |
|  | ☐ 510 Motions to Vacate Sentence Habeas Corpus |  |  |  |
|  | ☐ 530 General |  |  |  |
|  | ☐ 535 Death Penalty |  |  |  |
|  | ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  |  |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P 23
**DEMAND $** _____
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 12-8-98   SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT   5151176   180   12/09/98

```
Wed Dec  9 12:23:32 1998

    UNITED STATES DISTRICT COURT

    MIAMI            , FL

Receipt No.    401 515176
Cashier              llc

Check Number:  63-1377/631 #53123

DC Code     Div No
 4600         0

Sub Acct Type Tender    Amount
1:086900   N     C       60.00
2:510000   N     C       90.00

Total Amount         $   150.00

ALLEN, DYER, DOPPELT, MILLBRATH & GILCHR
IST, P.A.

98CV8902/FERGUSON MAG SNOW (NEW CASE)
```

wed Dec  9 12:23:32 1998

Check No.  63-1377/631 #53123
Amount $   150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600