UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 98-8902-Ferguson

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

    Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF
NITROX DIVERS, INC., a Florida
corporation, a/k/a INTERNATIONAL
ASSOCIATION OF NITROX AND TECHNICAL
DIVERS, INC.,

    Defendant.
_____/



## STIPULATION FOR ENTRY OF CONSENT FINAL ORDER

    COMES NOW Plaintiff Undersea Breathing Systems, Inc. and Defendant International Association of Nitrox Divers, Inc., through their respective undersigned counsel, and stipulate to the entry of a Consent Final Order in the form appended hereto as attachment A.

- 1 -

Undersea/Stip/Final Order

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1(a) 1/5/5

A "clean" original of Attachment A accompanies this Stipulation for the convenience of the Court.

For Plaintiff:
UNDERSEA BREATHING
SYSTEMS, INC.

*Herbert L. Allen* (signature)

Herbert L. Allen
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist, P.A.
1401 Citrus Center
255 South Orange Avenue
Post Office Box 3791
Orlando, Florida 32802
407/841-2330 - Telephone
407/841-2343 - Facsimile
Florida Bar No. 114126

For Defendant:
INTERNATIONAL ASSOCIATION
OF NITROX DIVERS, INC.

*William J. Purbeville* (signature)

William J. Purbeville, Esquire
750 S. Dixie Highway
Boca Raton, Florida 33432-6108
561/338-2110 - Telephone
561/338-0894 - Facsimile
Florida Bar No. 432123