UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 98-8902-Ferguson

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

      Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF
NITROX DIVERS, INC., a Florida
corporation, a/k/a INTERNATIONAL
ASSOCIATION OF NITROX AND TECHNICAL
DIVERS,

      Defendant.
_____/

## CONSENT FINAL ORDER

Based upon the Consent and Stipulation of Plaintiff Undersea Breathing Systems, Inc. ("Plaintiff UBS") and Defendant International Association of Nitrox Divers, Inc. ("Defendant IAND"), the Court enters this Final Order:

1. This Court has jurisdiction over the subject matter and the parties.

2. Plaintiff UBS is the owner of United States Patent No. 5,846,291 ("the `291 patent") issued on December 8, 1998. In this lawsuit, Plaintiff UBS contends that a certain NITROX

- 1 -

Undesea\Final Order

production system manufactured by Nitrox Technologies, Inc. ("NTI") installed at Defendant IAND's Miami Shores facility infringes the `291 patent.

3. Defendant IAND and this Court have been made aware of a previous ruling by the United States District Court for the Northern District of Illinois, in an action styled *Undersea Breathing Systems, Inc. v. Nitrox Technologies, Inc.*, Case No. 97C2014 (herein "the previous UBS-NTI litigation"). The `291 patent, however, contains patent claims not at issue in the previous UBS-NTI litigation.

4. While Defendant IAND asserts that it has not infringed the `291 patent, Defendant IAND does not assert in this lawsuit that the `291 patent is invalid, unenforceable or not infringed by the NTI system installed at Defendant IAND's Miami Shores facility.

5. Until a further Order is entered by this Court, Defendant IAND shall refrain from using, offering for sale, selling or displaying any NTI NITROX production system including the one NTI system presently installed at Defendant IAND's Miami Shores facility. Defendant IAND shall not, however, be precluded from returning that system to NTI.

6. Each party shall bear its own attorneys' fees and costs.

DONE and ORDERED this **6TH** day of **January**, 199**9** at **11:20** o'clock **a.**m. at ~~Miami~~, Florida.
FT. LAUDERDALE

_____
United States District Judge

- 3 -

Undesea\Final Order